HOWARD M. EHRENBERG
CHAPTER 7 TRUSTEE
333 SOUTH HOPE STREET, #3500
LOS ANGELES, CA 90071
Telephone: (213) 626-2311
Facsimile:  (213) 629-4520

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re:

KAVOUSSI, HAROLD PETER
KAVOUSSI, AZITA

Debtors.

Case No. 8:00-bk-19717-ES
[formerly LA 00-10729-ES]

Chapter 7

**NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)**

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 1018 in the sum of $1,382.79 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: July 8, 2011

_____
HOWARD M. EHRENBERG,
CHAPTER 7 TRUSTEE

LCORTEZ\ 724859.1 7/8/2011 (10:11 AM)

| CHECK NO. | NAME AND ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---:|
| Check# 1005 | COPELCO CAPITAL, INC<br>c/o Megan Tiemeier<br>Citi Commercial Business Group<br>3950 REgent Bl.<br>Mail Stop S2B-230<br>Irving, TX 75063 | 774.20 |
| Check# 1009 | PROVIDIAN NATIONAL BANK<br>FKA FIRST DEPOSIT NATIONAL BANK<br>4900 JOHNSON DRIVE<br>PLEASANTON, CA 94588 | 155.85 |
| Check# 1011 | HELLER FINANCIAL LEASING, INC.<br>11150 W. OLYMPIC BLVD., SUITE 1120<br>LOS ANGELES, CA  90064 | 443.31 |
| Check# 1016 | SCHAUMANN COMMUNICATIONS<br>9651 BUSINESS CTR. DR. STE B<br>RANCHO CUCAMONG, CA 91730 | 9.43 |
|  |  | 1,382.79 |

Kavoussi, Harold & Azita
8:00-bk-19717-ES

| CHECK NO. | NAME AND ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as <u>NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on <u>July 8, 2011</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith
U.S. Bankruptcy Court
Ronald Reagan Federal Building
Bin outside of Room 5097
411 W. Fourth Street
Santa Ana, CA 92701-4593

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 8, 2011 | Lupe V. Cortez | /s/ Lupe Cortez |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                F 9013-3.1.PROOF.SERVICE